# EXHIBIT B-1

# Trademark/Service Mark Application, Principal Register

**Serial Number: 77010025**
**Filing Date: 09/28/2006**

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 77010025 |
| **MARK INFORMATION** | |
| °MARK | \\TICRS\EXPORT3\IMAGEOUT3 \770\100\77010025\xml1\AP P0002.JPG |
| SPECIAL FORM | YES |
| USPTO-GENERATED IMAGE | NO |
| LITERAL ELEMENT | SURF CITY USA |
| COLOR MARK | NO |
| DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of Mark consist of a surfboard having within in the upper left quadrant the ocean and a pier. . |
| PIXEL COUNT ACCEPTABLE | NO |
| PIXEL COUNT | 1224 x 1583 |
| **APPLICANT INFORMATION** | |
| °OWNER OF MARK | Huntington Beach Conference and Visitors Bureau |
| °STREET | 301 Main Street Suite 208 |
| °CITY | Huntington Beach |
| °STATE (Required for U.S. applicants) | California |
| °COUNTRY | United States |
| °ZIP/POSTAL CODE (Required for U.S. applicants only) | 92648 |
| **LEGAL ENTITY INFORMATION** | |
| °TYPE | CORPORATION |
| °STATE/COUNTRY OF INCORPORATION | California |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 016 |
| DESCRIPTION | Printed materials, namely, newsletters, newspapers and pamphlets in the field of travel and tourism; and informational flyers featuring travel and tourism; and brochures about travel |

| | |
|---|---|
| | and tourism: calendars, posters, banners, phone cards, postcards, holiday cards, gift cards, business cards, book marks, coloring books, bumper stickers, coasters made of paper, envelopes, stickers, stamp pads, pencils, pens, and gift wrapping. |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 12/28/2005 |
| FIRST USE IN COMMERCE DATE | At least as early as 12/28/2005 |
| SPECIMEN FILE NAME | \\TICRS\EXPORT3\IMAGEOUT3 \770\100\77010025\xml1\AP P0003.JPG |
| SPECIMEN DESCRIPTION | Visitors Guide Huntington Beach California |

## GOODS AND/OR SERVICES SECTION

| | |
|---|---|
| INTERNATIONAL CLASS | 025 |
| DESCRIPTION | Clothing and sportswear, namely hats, t-shirts, shirts, jackets, sweaters, footwear, shorts, pants, coats, caps, neckwear, beachwear, surfwear, gloves, wet suits, wristbands, infant wear and belts; tennis clothing, namely, shirts, skirts, shorts and pants. |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 08/31/2005 |
| FIRST USE IN COMMERCE DATE | At least as early as 08/31/2005 |
| SPECIMEN FILE NAME | \\TICRS\EXPORT3\IMAGEOUT3 \770\100\77010025\xml1\AP P0004.JPG |
| SPECIMEN DESCRIPTION | T-shirt |

## GOODS AND/OR SERVICES SECTION

| | |
|---|---|
| INTERNATIONAL CLASS | 035 |
| DESCRIPTION | Advertising and marketing; and promoting economic development in the city of Huntington Beach; Retail store services featuring sporting and recreational goods and equipment, surfboards, videos, music, clothing, sportswear, shoes, bathing suits, hats, t-shirts, wet suits, carry bags and totes, toys, surf equipment, sunglasses, suntan lotions and cosmetics; Accounting/booking services, art galleries, income tax consulting, marketing consulting, real estate sales and management. |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 07/31/2005 |
| FIRST USE IN COMMERCE DATE | At least as early as 07/31/2005 |
| SPECIMEN FILE NAME | \\TICRS\EXPORT3\IMAGEOUT3 \770\100\77010025\xml1\AP P0005.JPG |
| SPECIMEN DESCRIPTION | Huntington Beach Conference and Visitors Bureau web site advertising and promoting the economic development of Huntington Beach |

| ATTORNEY INFORMATION | |
|---|---|
| NAME | Don Carnegie |
| FIRM NAME | ST.GEORGE & CARNEGIE |
| STREET | 5405 Alton Parkway Suite #5A 540 |
| CITY | Irvine |
| STATE | California |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 92604 |
| PHONE | 959-854-8405 |
| FAX | 949-854-5445 |
| EMAIL ADDRESS | don.carnegie@stgeorgecarnegie.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| OTHER APPOINTED ATTORNEY | Ardelle St.George |
| **CORRESPONDENCE INFORMATION** | |
| NAME | Don Carnegie |
| FIRM NAME | ST.GEORGE & CARNEGIE |
| STREET | 5405 Alton Parkway Suite #5A 540 |
| CITY | Irvine |
| STATE | California |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 92604 |
| PHONE | 959-854-8405 |
| FAX | 949-854-5445 |
| EMAIL ADDRESS | don.carnegie@stgeorgecarnegie.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| NUMBER OF CLASSES | 3 |
| FEE PER CLASS | 325 |
| TOTAL FEE DUE | 975 |
| **SIGNATURE INFORMATION** | |
| SIGNATURE | /don carnegie/ |
| SIGNATORY'S NAME | Don Carnegie |

| SIGNATORY'S POSITION | Attorney |
| --- | --- |
| DATE SIGNED | 09/28/2006 |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Thu Sep 28 19:10:43 EDT 2006 |
| TEAS STAMP | USPTO/BAS-68.5.139.45-200<br>60928191043187327-7701002<br>5-3508a1464df44c91aece804<br>5b89be061ff-CC-869-200609<br>28180924501569 |

---

## Trademark/Service Mark Application, Principal Register

**Serial Number: 77010025**
**Filing Date: 09/28/2006**

## To the Commissioner for Trademarks:

**MARK:** SURF CITY USA (stylized and/or with design, see mark)
The literal element of the mark consists of SURF CITY USA. The mark consists of Mark consist of a surfboard having within in the upper left quadrant the ocean and a pier. .
The applicant, Huntington Beach Conference and Visitors Bureau, a corporation of California, having an address of 301 Main Street Suite 208, Huntington Beach, California, United States, 92648, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

International Class 016:  Printed materials, namely, newsletters, newspapers and pamphlets in the field of travel and tourism; and informational flyers featuring travel and tourism; and brochures about travel and tourism; calendars, posters, banners, phone cards, postcards, holiday cards, gift cards, business cards, book marks, coloring books, bumper stickers, coasters made of paper, envelopes, stickers, stamp pads, pencils, pens, and gift wrapping.

Use in Commerce: The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, or the applicant's predecessor in interest used the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended.

In International Class 016, the mark was first used at least as early as 12/28/2005, and first used in commerce at least as early as 12/28/2005, and is now in use in such commerce. The applicant is submitting or will submit one specimen for *each class* showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) Visitors Guide Huntington Beach California.
   §Specimen - 1

International Class 025:  Clothing and sportswear, namely hats, t-shirts, shirts, jackets, sweaters, footwear, shorts, pants, coats, caps, neckwear, beachwear, surfwear, gloves, wet suits, wristbands, infant wear and belts; tennis clothing, namely, shirts, skirts, shorts and pants.

Use in Commerce: The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, or the applicant's predecessor in interest used the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended.

In International Class 025, the mark was first used at least as early as 08/31/2005, and first used in commerce at least as early as 08/31/2005, and is now in use in such commerce. The applicant is submitting or will submit one specimen for *each class* showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) T-shirt.
   §Specimen - 1

International Class 035:  Advertising and marketing; and promoting economic development in the city of Huntington Beach; Retail store services featuring sporting and recreational goods and equipment, surfboards, videos, music, clothing, sportswear, shoes, bathing suits, hats, t-shirts, wet suits, carry bags and totes, toys, surf equipment, sunglasses, suntan lotions and cosmetics; Accounting/booking services, art galleries, income tax consulting, marketing consulting, real estate sales and management.

Use in Commerce: The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, or

the applicant's predecessor in interest used the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended.

In International Class 035, the mark was first used at least as early as 07/31/2005, and first used in commerce at least as early as 07/31/2005, and is now in use in such commerce. The applicant is submitting or will submit one specimen for *each class* showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) Huntington Beach Conference and Visitors Bureau web site advertising and promoting the economic development of Huntington Beach.

   §Specimen - 1

The applicant hereby appoints Don Carnegie and Ardelle St.George of ST.GEORGE & CARNEGIE, 5405 Alton Parkway Suite #5A 540, Irvine, California, United States, 92604 to submit this application on behalf of the applicant.

Correspondence information:        Don Carnegie
                                   5405 Alton Parkway Suite #5A 540
                                   Irvine, California 92604
                                   959-854-8405(phone)
                                   949-854-5445(fax)
                                   don.carnegie@stgeorgecarnegie.com (authorized)

A fee payment in the amount of $975 will be submitted with the application, representing payment for 3 class(es).

**Declaration**

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /don carnegie/   Date Signed: 09/28/2006

Signatory's Name: Don Carnegie

Signatory's Position: Attorney

RAM Sale Number: 869

RAM Accounting Date: 09/29/2006

Serial Number: 77010025

Internet Transmission Date: Thu Sep 28 19:10:43 EDT 2006

TEAS Stamp: USPTO/BAS-68.5.139.45-200609281910431873

27-77010025-3508a1464df44c91aece8045b89b

e061ff-CC-869-20060928180924501569





**2006**
**VISITORS GUIDE**





COS / Tec

Specialty Application:                                                                        SS Ringer



05GS9003
1909 Ringer
Front V2

SURF CITY
USA





www.surfcityusa.com

The Beach    Things To Do    Events    Accommodatio

Trademark Polic

## Surf City USA℠

### Trademark Policy Background

Huntington Beach Conference and Visitors Bureau provides *Surf City USA*℠ advertising and economic development services that promote the City as a great place to live and visit. The Bureau has filed nine U.S. Federal Mark applications with the U.S. Patent and Trademark Office.

### Trademark Policy Statement

The Bureau's main objectives in officially registering *Surf City USA* name are to protect the City's reputation and promote a positive City image. The Bureau President is responsible for licensing the *Surf City USA* brand and a licensing agreement is required for commercial use of this name on products. The Bureau does not permit the use of *Surf City USA* name in any announcement, advertisement, publication or report if such use in any way implies institutional endorsement of any product or service without permission from the Bureau's Board of Directors.

Whenever the Bureau does enter into licensing agreements, it will do so with reputable and financially sound manufacturers. No City of Huntington Beach department or City-sponsored organization will have to pay royalties or be required to obtain permission from the Bureau to use the *Surf City USA* name if such use is solely for internal use. The staff of the Bureau is responsible for assuring receipts, accuracy of royalty reports and for identification and pursuit of trademark infringements. The *Surf City USA* name will carry the ™ or ℠ mark, as appropriate, until final registration is completed.


Map of
Huntington
Beach

The Beach | Things to Do | Events | Accomodations | Dining/Nightlife | Shopping | Media | Resources 1 | 2 | 3
Surf City USA(sm) is a service mark of the Huntington Beach Conference and Visitors Bureau.
All rights reserved. / www.surfcityusa.com / Copyright 2005.


Logo Merchan

On Sale Nov

California Beach Vacations | California Coast Vacations | Huntington Beach Hotel | California Beach Hotels | California Beach Vacations | California Beaches Huntington Beach Restaurants | Disneyland Vacations | Surfing Vacation | Southern California Vacation | Surf Vacations | California Weekend Getaway | Hote in Huntington Beach | Huntington Beach | California Beach Front Hotels | California Spa Vacation | Orange County California Hotels Southern California Beach Hotels | California Vacation Ideas | Huntington Beach Events | Huntington Beach Shopping | California Vacation Guide California Family Vacations | California Resorts | California Beach Resorts | Surfing Trip | Surf City USA

# Trademark/Service Mark Application, Principal Register

**Serial Number: 78966644**
**Filing Date: 09/03/2006**

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **MARK SECTION** | |
| MARK | SURF CITY USA |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | SURF CITY USA |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **OWNER SECTION** | |
| NAME | Huntington Beach Conference and Visitors Bureau |
| STREET | 301 Main Street Suite 208 |
| CITY | Huntington Beach |
| STATE | California |
| ZIP/POSTAL CODE | 92648-5171 |
| COUNTRY | United States |
| AUTHORIZED EMAIL COMMUNICATION | No |
| **LEGAL ENTITY SECTION** | |
| TYPE | CORPORATION |
| STATE/COUNTRY OF INCORPORATION | California |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 036 |
| DESCRIPTION | Financial services, namely, credit unions, commercial savings and loans, credit card services, loan financing, installment loans, credit bureaus; travel management services, namely, preparing travel management reports for others; financial consultation, real estate services, namely, apartment house management, real estate management, real estate appraisal, rental of office space, renting of apartments, real estate agencies, apartment locators, and leasing of real estate, insurance services, namely, health insurance underwriting, insurance brokerage, accident insurance underwriting, automobiles, appliances, homes, motorcycles, watercrafts, all-terrain vehicles, motor homes and consumer electronics products; monetary services, namely, commodity brokerage and trading services; actuarial services; investment brokerage services; financial consultation services; providing financial information; financial management services; fund investment services. |

| FILING BASIS | Section 1(a) |
|---|---|
| FIRST USE ANYWHERE DATE | At least as early as 08/30/2006 |
| FIRST USE IN COMMERCE DATE | At least as early as 08/30/2006 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT3\IMAGEOUT3 \789\666\78966644\xml1\AP P0003.JPG |
| SPECIMEN DESCRIPTION | A BROCHURE OR NEWLETTER SHOWING USE OF THE TERM SURF CITY USA FOR A CREDIT UNION |
| **SIGNATURE SECTION** | |
| SIGNATURE | /don carnegie/ |
| SIGNATORY NAME | Don Carnegie |
| SIGNATORY DATE | 09/03/2006 |
| SIGNATORY POSITION | Attorney |
| **PAYMENT SECTION** | |
| NUMBER OF CLASSES | 1 |
| NUMBER OF CLASSES PAID | 1 |
| SUBTOTAL AMOUNT | 325 |
| TOTAL AMOUNT | 325 |
| PAYMENT METHOD | CC |
| **ATTORNEY** | |
| NAME | Don Carnegie |
| FIRM NAME | ST.GEORGE & CARNEGIE |
| STREET | 5405 Alton Pkwy Suite 5A PMB540 |
| CITY | Irvine |
| STATE | California |
| ZIP/POSTAL CODE | 92604 |
| COUNTRY | United States |
| PHONE | 949-854-8405 |
| FAX | 949-854-5445 |
| EMAIL | don.carnegie@stgeorgecarnegie.com |
| AUTHORIZED EMAIL COMMUNICATION | Yes |
| OTHER APPOINTED ATTORNEY(S) | Ardelle St.George |
| **CORRESPONDENCE SECTION** | |
| NAME | Don Carnegie |
| FIRM NAME | ST.GEORGE & CARNEGIE |
| STREET | 5405 Alton Pkwy Suite 5A PMB540 |
| CITY | Irvine |

| STATE | California |
|---|---|
| ZIP/POSTAL CODE | 92604 |
| COUNTRY | United States |
| PHONE | 949-854-8405 |
| FAX | 949-854-5445 |
| EMAIL | don.carnegie@stgeorgecarnegie.com |
| AUTHORIZED EMAIL COMMUNICATION | Yes |
| **FILING INFORMATION** | |
| SUBMIT DATE | Sun Sep 03 18:11:29 EDT 2006 |
| TEAS STAMP | USPTO/BAS-68513945-200609 03181129246969-78966644-2 00f2e3ac92a2c253c927b0b9f 18f8536a8-CC-1005-2006090 3180928933163 |

---

## Trademark/Service Mark Application, Principal Register

### Serial Number: 78966644
### Filing Date: 09/03/2006

## To the Commissioner for Trademarks:

**MARK:** (Standard Characters, see mark)
The mark consists of standard characters, without claim to any particular font, style, size, or color.
The literal element of the mark consists of SURF CITY USA.
The applicant, Huntington Beach Conference and Visitors Bureau, a corporation of California, residing at 301 Main Street Suite 208, Huntington Beach, California, United States, 92648-5171, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.
The applicant, or the applicant's related company or licensee, is using the mark in commerce, and lists below the dates of use by the applicant, or the applicant's related company, licensee, or predecessor in interest, of the mark on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended.
    International Class 036: Financial services, namely, credit unions, commercial savings and loans, credit card services, loan financing, installment loans, credit bureaus; travel management services, namely, preparing travel management reports for others; financial consultation, real estate services, namely, apartment house management, real estate management, real estate appraisal, rental of office space, renting of apartments, real estate agencies, apartment locators, and leasing of real estate, insurance services, namely, health insurance underwriting, insurance brokerage, accident insurance underwriting, automobiles, appliances, homes, motorcycles, watercrafts, all-terrain vehicles, motor homes and consumer electronics products; monetary services, namely, commodity brokerage and trading services; actuarial services; investment brokerage services; financial consultation services; providing financial information; financial management services; fund investment services.
In International Class 036, the mark was first used at least as early as 08/30/2006, and first used in commerce at least as early as 08/30/2006, and is now in use in such commerce. The applicant is submitting or will submit one specimen for *each class* showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) A BROCHURE OR NEWLLETTER SHOWING USE OF THE TERM SURF CITY USA FOR A CREDIT UNION.
    Specimen - 1
The applicant hereby appoints Don Carnegie and Ardelle St.George of ST.GEORGE & CARNEGIE, 5405 Alton Pkwy Suite 5A PMB540, Irvine, California, United States, 92604 to submit this application on behalf of the applicant.
The USPTO is authorized to communicate with the applicant or its representative at the following email address:

don.carnegie@stgeorgecarnegie.com.
A fee payment in the amount of $325 will be submitted with the application, representing payment for 1 class(es).

**Declaration**

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /don carnegie/   Date: 09/03/2006
Signatory's Name: Don Carnegie
Signatory's Position: Attorney
Mailing Address:
  Don Carnegie
  5405 Alton Pkwy Suite 5A PMB540
  Irvine, California 92604
RAM Sale Number: 1005
RAM Accounting Date: 09/05/2006
Serial Number: 78966644
Internet Transmission Date: Sun Sep 03 18:11:29 EDT 2006
TEAS Stamp: USPTO/BAS-68513945-20060903181129246969-
78966644-200f2e3ac92a2c253c927b0b9f18f85
36a8-CC-1005-20060903180928933163

# SURF CITY USA

## Share the Benefits of Membership at nuVision Financial –
## The Official Surf City USA™ Credit Union!

At nuVision Financial, it is our goal to provide both existing members and new members, the best of both worlds. While we remember our roots and the core group of McDonnell Douglas and Boeing employees who have made us who we are today, we also look forward to a future of growth and continued commitment to better serve our members. As we move forward, here are some incredible offers just for you:

Open a membership with our FREE Checking Account, or refer someone, and both of you can choose from these freebies:



FREE McDonnell Douglas Collectible Pin



FREE Surf City USA™ Collectible T-Shirt

Whichever freebie you choose, you and your referral will be entered to win a $2,500 Shopping Spree at the Bella Terra Mall.*

For complete details, speak with a Branch Representative, call us at (800) 444-8327, or visit us online at www.nuvisionfinancial.org.

*NO PURCHASE NECESSARY. For complete sweepstakes rules and regulations, log onto www.nuvisionfinancial.org and click on the "Remember When?" or "Surf City USA™" icon. Contest period: 8/21/06 – 11/02/06. The winning entry is based on all verified nuVision Financial FREE Checking Accounts opened and memberships established during the sweepstakes period. Members will receive an entry for each nuVision Financial FREE Checking Account opened, as well as an entry for each confirmed referral that becomes a member. All new members must open a membership and FREE Checking Account to receive a chance to win. A maximum of two (2) winners will be selected; one winner will win a McDonnell Douglas Collectibles Package and the winner will win a $2,500 shopping spree at the Bella Terra Mall. Deadline to redeem prize is 12/31/06. Winner must be a member in good standing. Odds of winning depend on the number of entries received. Any person at least 18 years of age may participate. Void where prohibited. Void where restricted. The winner may receive a 1099 Misc. Tax form at year end for tax reporting purposes.

Surf City USA™ is a registered trademark and service mark of the Huntington Beach Conference and Visitors Bureau.



## Essential Back-To-School Basics – a FREE Checking Account from nuVision Financial

It's about that time of year again to rush and get ready for school. Whether you're a parent preparing to send your child off to college, or a student that is getting ready for high school, a totally FREE Checking Account is a back to school essential.

Our account features:
• No ATM Fees
• Free Online Banking and Bill Pay
• No Minimum Balance Requirements
• Unlimited Check Writing
• Free Overdraft Transfers[1]
• Earn dividends[2]
• Free initial box of checks[3]
• And much, much more

Opening an account is hassle free – simply stop by your local branch office or call (800) 444-8327 today!

[1] Regulation D restrictions apply, please refer to your Truth-in-Savings disclosure for details.
[2] Annual Percentage Yield (APY) of 0.50% is accurate as of August 15, 2006. $2500 average daily balance required. This rate may change after account is opened.
[3] New checking accounts only. Select styles only. Subsequent order costs vary.

## Why Use Direct Deposit?

Did you know that the safest way to get your social security funds, paycheck, tax refund or any recurring payment is to have it deposited directly into your nuVision Financial checking or savings account? In fact, direct deposit is faster and safer than having a check mailed to your home address.

Here's why:
• There is no check to get lost or stolen in the mail.

• It's faster because there is no check to mail, and because the IRS and most payroll departments send out direct deposits earlier than they mail out paper checks.

• Direct Deposit of your money is a free service.

For many years, nuVision Financial has offered the peace of mind and security of direct deposit. It makes access to your money easier and more convenient. Direct Deposit ensures that your money is safe.

To sign up for direct deposit of your funds, contact a Member Service Representative at (800) 444-8327.