**EXHIBIT D-2**

SURF CITY USA®

# SIGNATURE BRAND COLORS

When printing in two- and four-colors, reproduce the signature in only one of the colors shown below. It should always be printed against a background color that provides sufficient color contrast.

Our logo color palette is divided into two ranges—main feel and dark accents.





| CORPORATE BLUE | ACCENT CORPORATE BLUE | VESPA GREEN | ACCENT VESPA GREEN | ORANGE | ACCENT ORANGE |
|---|---|---|---|---|---|
| PMS 2975 C | PMS 321 C | PMS 324 C | PMS 3272 C | PMS 156 C | PMS 159 C |
| CMYK 35 0 6 0 | CMYK 100 0 31 23 | CMYK 47 0 24 0 | CMYK 98 0 42 0 | CMYK 0 24 49 0 | CMYK 1 74 100 7 |





| FOGGY BLUE | FOGGY BLUE | SAND | ACCENT SAND | PINK | ACCENT PINK |
|---|---|---|---|---|---|
| PMS 278 C | PMS 7455 C | PMS 726 C | PMS 7516 C | PMS 698C | PMS 702 C |
| CMYK 44 13 0 0 | CMYK 90 60 0 0 | CMYK 0 14 24 0 | CMYK 9 70 92 36 | CMYK 0 10 2 0 | CMYK 1 72 24 2 |

Colors in the palette should generally not be screened. However, screens up to 50% may be used when necessary in one- and two-color collateral.

Note: The colors shown on this page and throughout this style guide have not been evaluated by Pantone, Inc. for accuracy and may not match the Pantone color standards. Refer to the current Pantone Color Bridge Formula Guide.

## SURF CITY USA® STAMP

Stamp graphic used as a supporting graphic element on collateral pieces. The stamp graphic should only be used in the following signature brand colors:

Examples:

SURF CITY USA®    CORPORATE BLUE

SURF CITY USA®    FOGGY BLUE

SURF CITY USA®    SAND

SURF CITY USA®    ORANGE

SURF CITY USA®    PINK

SURF CITY USA®    VESPA GREEN

SURF CITY USA®

# USES WITH PHOTOGRAPHY

The signature should generally be used over a flat color background; however, some photography may be used provided there is enough contrast and the signature does not get lost in busy details.

SURF CITY USA®

These are acceptable uses of the signature on a photo. The rules for minimum clear space still apply.





SURF CITY USA®

# INAPPROPRIATE USES

**Misuses:** To preserve the integrity of the *Surf City USA®* signature, never alter the approved configurations or deviate from the signature color guidelines.

SURF CITY USA®

## Do not:



Use non-approved color for the signature.



Use pieces of the signature alone.



Change the font of the signature.



Place the signature on a color that provides insufficient contrast and compromises readability.



Enclose the signature in a shape that does not meet the minimum clear space requirement



Place the signature on a graphic pattern that obscures its readability.



Rearrange signature elements



Place the signature on a busy photo which compromises readability

SURF CITY USA®

# COPY GUIDELINES

**The Voice and Personality of the *Surf City USA*® Brand**

Few destinations can claim to have as distinctive, recognizable iconography to represent them as does the *Surf City USA* brand. In our efforts to strengthen and extend this brand and its reach, it is important that the words we choose are as fun, active, alive and inviting as the logo and brand itself.

As a brand, the *Surf City USA* personality is casual yet upscale. It's the embodiment of the authentic classic California beach destination — where sandals and Hawaiian shirts are de rigueur. Yet it is also unexpectedly sophisticated, reflecting a concern for the environment and surf culture that are distinct from the typical spring break retreat for college students or other destinations where development has run unchecked.

The voice and tone of copy describing *Surf City USA* attributes should invite potential guests to explore further into the magic of the entities and products associated with the brand. It should be friendly, breezy, casual — yet should also reflect a certain level of sophistication. It should never be stiff and formal, nor should it be juvenile or colloquial.

SURF CITY USA®

**Example of PROPER VOICE:**

- There's still a place where you can come and find everything California stands for — sun, white sand beaches, great surf and classic fun. It could only happen in *Surf City USA®* country— WHERE IT ALL BEGAN.

**Examples of IMPROPER VOICES:**

- Come to the lovely *Surf City USA* destination, with fine dining and excellent accommodations. (too formal)

- Hey, get on down to *Surf City USA* vacationland, where the water's cool and the action's hot. (too young/casual)

SURF CITY USA®

# LEGAL GUIDELINES

We are pleased and proud to be the guardian of the *Surf City USA*® registered mark. It is important that the brand name is respected and used properly so it does not become a generic term. Please abide by the following rules.

1. Always place the registered mark symbol (®) in the first appearance and or the most prominent use of the mark such as headings, titles, etc., preferably not the right "shoulder" of the mark (*Surf City USA*®). The symbol must be legible.

2. After the first appearance of the mark, a registered mark symbol should be used periodically to reinforce the mark notice, as follows:

   - at the beginning of each new section of running text in advertising copy, contracts, electronic presentation materials, literature pieces, reports, web pages, white papers, and other printed or typed materials where the mark is used;

   - at least every fifth time the mark is used in text; and

   - the first time the mark is used on each page.

3. Always give proper attribution to the Huntington Beach Conference and Visitors Bureau as the trademark owner at the beginning or end of printed materials. The statement can appear in very small type but it must be legible and read as follows:

   *Surf City USA* is a registered mark of the Huntington Beach Conference and Visitors Bureau.

SURF CITY USA®

4. The mark must always appear distinctive and set apart from other words by utilizing a unique font *(Surf City USA®)*.

5. Always use the mark as an adjective modifying a noun (e.g. "*Surf City USA* vacation" or "*Surf City USA* picnic"). Never use the mark as a noun or verb.

6. Never use the mark in the possessive or plural form. The *Surf City USA®* term should never be followed by an apostrophe.

7. The generic term "Surf City" can be freely used without consideration, but please note that there are other registered *Surf City* marks. Always respect the rights of other mark holders.

**Examples of Proper Mark Useage:**

My favorite place to visit is Surf City.

My favorite experience is a *Surf City USA®* vacation. (second mention in continuous copy)

I love to eat fish tacos at a SURF CITY USA restaurant. (first mention in copy)

I stole Surf City's best time to sun on the beach.

I stole the time for a SURF CITY USA experience. (second mention in copy)

It was only appropriate that in 1986, here in *Surf City USA* country, four car-enthusiast friends started a tradition that's become a phenomenon. (first mention in copy)



**HUNTINGTON BEACH
CONFERENCE AND VISITORS BUREAU**

301 Main St., Suite 208 • Huntington Beach, CA 92648-5171
(800) 729-6232 • (714) 969-3492 • Fax: (714) 969-5592
www.surfcityusa.com

Rev101106