IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOTSAM OF CALIFORNIA, INC., dba NOLAND'S ON THE WHARF and SHORELINE SURF SHOP,<br><br>    Plaintiff,<br><br>  v.<br><br>HUNTINGTON BEACH CONFERENCE AND VISITORS BUREAU,<br><br>    Defendant / | No. C 06-07028 MMC<br><br>**ORDER DENYING DEFENDANT'S MOTION TO AMEND COURT'S ORDER RE VENUE TO CERTIFY FOR INTERLOCUTORY APPEAL, OR IN THE ALTERNATIVE FOR LEAVE TO FILE MOTION FOR RECONSIDERATION; VACATING HEARING** |

    The Court is in receipt of defendant Huntington Beach Conference and Visitors Bureau's "Motion to Amend Court's Order Re Venue To Certify For Interlocutory Appeal [28 U.S.C. § 1292(b)], Or In The Alternative For Leave To File Motion For Reconsideration [Civil L.R. 7-9]." filed February 12, 2007.

    No opposition is required.[1]  Defendant has mischaracterized both the complaint's allegations and the Court's order, and, consequently, has failed to show good cause for the relief requested.

    Accordingly, the motion is hereby DENIED.

    **IT IS SO ORDERED.**

Dated: February 16, 2007

                                          MAXINE M. CHESNEY
                                          United States District Judge

---

[1] The hearing scheduled for March 23, 2007 is VACATED.