IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOTSAM OF CALIFORNIA, INC., <br><br> Plaintiff <br><br> v. <br><br> HUNTINGTON BEACH CONFERENCE AND VISITORS BUREAU, <br><br> Defendant <br> _____/ | No. C 06-7028 MMC <br><br> **ORDER REFERRING TO MAGISTRATE JUDGE DEFENDANT'S MOTION TO COMPEL** |

    Pursuant to Civil Local Rule 72-1, defendant's Motion to Compel Flotsam of California, Inc.'s Rule 26 Disclosures, filed April 10, 2007, and all further discovery disputes, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.[1]

    Counsel will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge's chambers.

    **IT IS SO ORDERED**.

Dated: April 12, 2007

                                       MAXINE M. CHESNEY <br>
                                       United States District Judge

---

[1] The May 18, 2007 hearing noticed before the undersigned is VACATED.