1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FLOTSAM OF CALIFORNIA, INC.,

              Plaintiff(s),

  vs.

HUNTINGTON BEACH CONFERENCE AND
VISITORS BUREAU,

             Defendant(s).
_____/

No. C 06-7028 MMC (MEJ)

**ORDER GRANTING REQUEST TO
MEET AND CONFER
TELEPHONICALLY**

      The Court is in receipt of the parties' request, filed May 7, 2007, to meet and confer

telephonically for purposes of discovery disputes.  Good cause appearing, the Court GRANTS the

parties' request.  However, so as to ensure compliance with the spirit of the meet and confer

requirement, the parties shall make a contemporaneous record of their meeting using a court reporter

or electronic recording device.

      **IT IS SO ORDERED.**

Dated: May 7, 2007

                                   _____
                                   MARIA-ELENA JAMES
                                   United States Magistrate Judge