IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOTSAM OF CALIFORNIA, INC., dba NOLAND'S ON THE WHARF and SHORELINE SURF SHOP,<br><br>　　　　Plaintiff,<br>　v.<br>HUNTINGTON BEACH CONFERENCE AND VISITORS BUREAU,<br>　　　　Defendant | No. C 06-7028 MMC<br><br>**ORDER DENYING STIPULATION TO EXTEND DISCOVERY AND TRIAL DATES; ADVANCING STATUS CONFERENCE** |

　　　The Court is in receipt of the parties' "Stipulation to Extend Discovery and Related Deadlines," filed October 11, 2007, by which the parties seek to extend all pretrial deadlines,[1] as well as the trial date, by approximately 40 days.

　　　Good cause not having been shown for the relief requested, the stipulation is hereby DENIED without prejudice, and the Status Conference is hereby ADVANCED from December 7, 2007 to October 26, 2007, at 10:30 a.m.

　　　A Joint Status Statement shall be filed no later than October 19, 2007.

　　　**IT IS SO ORDERED.**

Dated: October 12, 2007

　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　United States District Judge

---

　　　[1]The deadlines sought to be extended include the fact discovery cut-off, presently scheduled for October 12, 2007, the day following the filing of said stipulation.